UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| | § | |
| SCHNECKLOTH, ADAM RAY | § | Case No. 17-01940 |
| | § | |
| Debtor | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/22/2017. The undersigned trustee was appointed on 03/22/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $       6,612.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 883.08 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 4,087.73 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]          $       1,611.19

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/02/2017 and the deadline for filing governmental claims was 09/18/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 631.07 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 631.07 , for a total compensation of $ 631.07 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 40.00 , for total expenses of $ 40.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/07/2019        By:        /s/ELLEN K. FUJAWA
                                    ELLEN K. FUJAWA
                                    Office of Ellen K. Fujawa
                                    P.O. Box 668
                                    Zionsville, IN 46077
                                    Phone: (317) 203-3233
                                    Fax:
                                    Email: ellenfujawa@gmail.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 17-01940 | RLM | Judge: ROBYN L. MOBERLY | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|---|---|
| Case Name: | SCHNECKLOTH, ADAM RAY | | | Date Filed (f) or Converted (c): | 03/22/17 (f) |
| | | | | 341(a) Meeting Date: | 04/28/17 |
| For Period Ending: | 01/07/19 | | | Claims Bar Date: | 08/02/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2014 Honda Accord (Location: 1452 N. Gladstone Ave | 17,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Living room furniture, Dining room furniture, 1 Be | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 3. 1 TV, 2 Computers, phone, tablet | 200.00 | 0.00 | OA | 0.00 | FA |
| 4. books, pictures, DVDs, CDs, | 250.00 | 0.00 | OA | 0.00 | FA |
| 5. Personal clothing | 100.00 | 0.00 | OA | 0.00 | FA |
| 6. Watch, Earrings | 75.00 | 0.00 | OA | 0.00 | FA |
| 7. Cash | 10.00 | 0.00 | OA | 0.00 | FA |
| 8. Netspend | 30.00 | 0.00 | OA | 0.00 | FA |
| 9. Key Bank- Debtor deposits his money into his girlf | 70.00 | 37.14 | OA | 0.00 | FA |
| 10. Suntrust | 5,971.00 | 0.00 | OA | 0.00 | FA |
| 11. Term Life through work- no cash value, Beneficiary | 0.00 | 0.00 | OA | 0.00 | FA |
| 12. hand tools, patio furniture | 15.00 | 0.00 | OA | 0.00 | FA |
| 13. Pro-rated 2017 Federal and State tax refunds (u) | 0.00 | 594.27 | | 4,682.00 | FA |
| 14. Recovery of funds seized by creditor (u) | 0.00 | 1,930.00 | | 1,930.00 | FA |
| 15. Potential preference/avoidance issues (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $25,221.00 | $2,561.41 | | $6,612.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 06, 2018, 05:50 pm : will retain Mulvey law for garnishment recovery.

March 08, 2018, 01:24 pm : e-mail to debtor counsel; still need returns and garnishment info.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 17-01940    RLM    Judge: ROBYN L. MOBERLY | Trustee Name: ELLEN K. FUJAWA |
| Case Name: | SCHNECKLOTH, ADAM RAY | Date Filed (f) or Converted (c): 03/22/17 (f) |
| | | 341(a) Meeting Date: 04/28/17 |
| | | Claims Bar Date: 08/02/17 |

October 25, 2017, 03:36 pm : will send IRS tax intercept in 11-17

Initial Projected Date of Final Report (TFR): 10/31/17    Current Projected Date of Final Report (TFR): 02/01/19

_____    Date: _____
ELLEN K. FUJAWA

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 17-01940 -RLM | Trustee Name: | ELLEN K. FUJAWA |
|---|---|---|---|
| Case Name: | SCHNECKLOTH, ADAM RAY | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******4847  Checking Account |
| Taxpayer ID No: | *******5300 | | |
| For Period Ending: | 01/07/19 | Blanket Bond (per case limit): | $ 59,173,500.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/18 | 13 | DEPARTMENT OF TREASURY | Tax Refund | 1224-000 | 4,682.00 | | 4,682.00 |
| 03/27/18 | 600001 | ADAM RAY SCHNECKLOTH | Back to Debtor Funds | 8500-000 | | 4,087.73 | 594.27 |
| | | 1452 N. GLADSTONE AVE. | DEPOSIT AT BANK OR CREDIT UNION | | | | |
| | | INDIANAPOLIS, IN  46201 | | | | | |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 579.27 |
| 11/09/18 | 14 | HYATT LEGAL SERVICES | Preference payment | 1241-000 | 1,930.00 | | 2,509.27 |
| 11/14/18 | 600002 | MULVEY LAW, LLC | Trustee Attorney Fees | 3210-000 | | 870.00 | 1,639.27 |
| | | 133 W. MARKET STREET, NO. 274 | | | | | |
| | | INDIANAPOLIS, IN  46204 | | | | | |
| 11/14/18 | 600003 | MULVEY LAW, LLC | Trustee attorney expenses | 3220-000 | | 13.08 | 1,626.19 |
| | | 133 W. MARKET STREET, NO. 274 | | | | | |
| | | INDIANAPOLIS, IN  46204 | | | | | |
| 12/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,611.19 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,612.00 | 5,000.81 | 1,611.19 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,612.00 | 5,000.81 | |
| Less:  Payments to Debtors | | 4,087.73 | |
| Net | 6,612.00 | 913.08 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********4847 | 6,612.00 | 913.08 | 1,611.19 |
| | 6,612.00 | 913.08 | 1,611.19 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     6,612.00     5,000.81

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 21.00a

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 17-01940 -RLM | | Trustee Name: | ELLEN K. FUJAWA |
| Case Name: | SCHNECKLOTH, ADAM RAY | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******4847  Checking Account |
| Taxpayer ID No: | *******5300 | | | |
| For Period Ending: | 01/07/19 | | Blanket Bond (per case limit): | $ 59,173,500.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: /s/ ELLEN K. FUJAWA  Date: 01/07/19
ELLEN K. FUJAWA

Page Subtotals       0.00       0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 07, 2019 |
|---|---|---|---|---|---|

Case Number: 17-01940  
Debtor Name: SCHNECKLOTH, ADAM RAY  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-90 | CW Nexus Credit Card Holdings l, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $254.24 | $0.00 | $254.24 |
| 000002<br>070<br>7100-90 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $416.11 | $0.00 | $416.11 |
| 000003<br>070<br>7100-90 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $367.53 | $0.00 | $367.53 |
| 000004<br>070<br>7100-90 | LVNV Funding, LLC its successors and<br>assigns as<br>assignee of Springleaf Financial<br>Services Of Indiana, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,079.50 | $0.00 | $2,079.50 |
| 000005<br>070<br>7100-90 | LVNV Funding, LLC its successors and<br>assigns as<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $464.78 | $0.00 | $464.78 |
| 000006<br>070<br>7100-90 | LVNV Funding, LLC its successors and<br>assigns as<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $758.94 | $0.00 | $758.94 |
| | Case Totals: | | | $4,341.10 | $0.00 | $4,341.10 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-01940  
Case Name: SCHNECKLOTH, ADAM RAY  
Trustee Name: ELLEN K. FUJAWA  

| | Balance on hand | $ | 1,611.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ELLEN K. FUJAWA | $ 631.07 | $ 0.00 | $ 631.07 |
| Trustee Expenses: ELLEN K. FUJAWA | $ 40.00 | $ 0.00 | $ 40.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 671.07 |
| Remaining Balance | | | $ 940.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,341.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CW Nexus Credit Card Holdings l, LLC | $ 254.24 | $ 0.00 | $ 55.06 |
| 000002 | PYOD, LLC its successors and assigns as | $ 416.11 | $ 0.00 | $ 90.11 |
| 000003 | Quantum3 Group LLC as agent for | $ 367.53 | $ 0.00 | $ 79.59 |
| 000004 | LVNV Funding, LLC its successors and | $ 2,079.50 | $ 0.00 | $ 450.34 |
| 000005 | LVNV Funding, LLC its successors and | $ 464.78 | $ 0.00 | $ 100.66 |
| 000006 | LVNV Funding, LLC its successors and | $ 758.94 | $ 0.00 | $ 164.36 |

Total to be paid to timely general unsecured creditors $ 940.12

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE